**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

---

Leonard F. Joy
*Executive Director*

September 3, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

BY Facsimile
212 805 7946
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

Re: United States v. Fiametta
    Crim. Dkt. 08 Cr. 787 (RJS)

The Hon. Sullivan:

I am writing to request for an adjournment of the September 4, 2008, status conference on the above matter. I make this request as I am unable to make the status conference tomorrow. AUSA Kopp consents to this request.

To that end, we request that the time between September 3, 2008 and the next date set by the Court, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

Respectfully submitted,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417 8713

cc: AUSA Kopp

*In order to accommodate the schedule of defense counsel, and to allow the parties to continue plea discussions, the time between today and 9/8/08 will be excluded pursuant to 18 USC 3161(h)(8)(A) in the interest of justice.*

SO ORDERED.
Dated: 9/4/08
RICHARD J. SULLIVAN
U.S.D.J.